## AFFIDAVIT OF SPECIAL AGENT CHRISTOPHER F. SCOTT

I, Christopher F. Scott, being duly sworn, depose and state as follows:

### I.    INTRODUCTION

1.    I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"). I have been employed by the ATF since 2002. I am currently assigned to the Bridgewater, Massachusetts Field Office. I have previously been assigned to field offices in Fresno, California and Norfolk, Virginia. I am submitting this affidavit in support of the government's motion that the following individuals be detained pending trial: **RAFAEL REYES, AVIMAEL ORTIZ, a/k/a "Avi," JONATHAN GARCIA, a/k/a "Philly,"** and **VIRGILIO ADORNO, a/k/a "Trigga"** and **"Goyo,"** (hereinafter referred to as "the Targets"). All of the Targets were charged with various drug trafficking offenses in indictments issued March 22, 2017. Each of the individuals listed above are alleged to be members or significant criminal associates to the Latin Kings street gang operating in New Bedford, Massachusetts.

2.    As an ATF Special Agent, I have participated in, and conducted dozens of investigations involving unlawful drug dealing, firearms trafficking, firearms possession by prohibited

1

persons, including felons, gang members, parolees, narcotics traffickers, and unlawful drug users. As a result of my training and experience, I have learned the methods that are most commonly used by individual drug dealers and firearms traffickers in conducting their business. I am also familiar with evidence that is usually indicative of drug dealing, unlawful firearms possession, and firearms trafficking. I have learned this through my participation in dozens of controlled purchases of narcotics and firearms through the use of confidential informants, cooperating witnesses, and undercover law enforcement officers, interviews of suspects, participation in the execution of search warrants, and as a result of my involvement in a Title III wiretap investigation of narcotics distribution. Based on my training and experience as an ATF Special Agent, I am familiar with the federal firearms and narcotics laws.

3.    Law enforcement has conducted multiple recent investigations into the Latin Kings in New Bedford including the investigations leading to arrests in 2006 and 2012. I have reviewed the detention affidavit filed in the 2012 FBI investigation, which described how members of the Latin Kings used violence to control the lucrative crack cocaine market in

2

the north end of New Bedford, the area of the city most closely
associated with the gang. Furthermore, in 2006, the FBI Task
Force conducted a year-long investigation and the United States
Attorney's Office charged fifteen Latin Kings gang members and
associates with drug trafficking offenses. Twenty-two other
Latin Kings were prosecuted in state court by the Bristol County
District Attorney's Office as a result of that investigation.

## II.  **THE LATIN KINGS**

4.   Based on the affidavits filed in the previous Latin
Kings cases, detention affidavits filed in other federal Latin
Kings-related investigations in the District of Massachusetts,
information concerning the Latin Kings submitted in other courts
across the United States and, my own participation in this
investigation and previous investigations,[1] I know that the Latin
Kings are a violent street gang with thousands of members across

---

[1]  In the course of developing intelligence about the Latin Kings,
agents participating in this investigation have spoken to confidential
informants and cooperating witnesses regarding the gang and its operations.
These individuals include current or former members of the Latin Kings who
were personally familiar with the gang, its operations, and its leaders.  The
information about the Latin Kings and its operations provided herein
represents a summary of information provided by these individuals, and
information obtained from other sources.  Much of the information provided by
individual informants has been corroborated by comparing it other information
gathered, including information learned by reviewing consensually recorded
telephone calls from area correctional facilities where Latin Kings members
are incarcerated, letters intercepted or confiscated from area correctional
facilities where Latin Kings gang members are incarcerated, and from other
sources, including postings by some of the gang members on social media sites
and consensually recorded conversations that took place over the course of
the investigation.

3

the United States and overseas.  The traditional power centers

for the Latin Kings are located in the Chicago and New York

metropolitan areas.  The Latin Kings have a detailed

organizational structure, which is outlined, along with various

"prayers," codes of behavior, and rituals, in a written

"manifesto" widely distributed to members throughout the country

including Massachusetts.

  5.    Members of the Latin Kings often greet each other, and

show their membership in the gang, using a set of hand signs

intended to evoke the shape of a crown.  In addition, Latin

Kings often greet each other, demonstrate their allegiance to

the gang, or simply announce their presence by exclaiming "ADR"

or "Amor De Rey," which means "King's Love" in Spanish.  Members of

the Latin Kings often demonstrate their affiliation with the

gang by wearing clothing with black and gold, colors associated

with the gang, or wearing clothing incorporating some of the

gang's symbols, such as a five pointed crown.

### III.  NEW BEDFORD LATIN KINGS

  6.    The New Bedford, Massachusetts chapter of the Latin

Kings poses a significant threat to the city of New Bedford and

remains a law enforcement priority within the District.

  7.    The New Bedford Latin Kings were in relative disarray

4

for several years following the July 2012 arrest of 44 New Bedford Latin Kings members and associates on state and federal drug charges.  Over the past several years, the New Bedford Latin Kings has recently reconstituted and re-established itself in the North End of New Bedford.  The New Bedford Latin Kings are involved in a range of criminal activity including drug trafficking, gun violence, and prostitution.  Members are known to carry guns and to engage in violence against other street gangs.  They run a profitable drug trafficking operation in which they receive cocaine from Puerto Rico and other sources, and sell to street-level dealers.  The New Bedford Latin Kings maintain direct ties and communication with other Latin Kings chapters within Massachusetts, throughout the United States, and in prisons.  These connections offer the New Bedford Latin Kings influence and resources that expand the impact of their violence and drug trafficking activity beyond New Bedford.  The New Bedford Latin Kings are known as "good earners" by the leadership within the Latin Kings.

8.    The New Bedford Latin Kings based in the North End of New Bedford are comprised of two groups that do not get along well with each other.  One group consists of younger gang members who are based out of Bonneau Court in New Bedford.  The

5

Bonneau Court Latin Kings are known as "gunners" (shooters) and are known for dis-respecting the second group of New Bedford Latin Kings, who are based out of the North Front Street. The second group, the North Front Street Latin Kings, is more disciplined and well-organized and is led by an Inca who reports directly to the Latin Kings Massachusetts leadership. Members of the New Bedford Latin Kings attend monthly meetings convened by Massachusetts Latin Kings leadership, and receive direction from Massachusetts Latin Kings leadership and from the East Coast Regional officer, a Massachusetts-based individual who reports directly to Latin Kings national leadership in Chicago.

### IV.   "THE PIT" IN BONNEAU COURT

9.   Bonneau Court is a residential street in the North End of the city of New Bedford. The street is a short, dead end street approximately 100 yards in length. Bonneau Court contains predominantly multi-family, three-story houses where numerous families reside. There are several small businesses on neighboring streets, including Acushnet Avenue, Beetle Street and Sawyer Street.

10.   "The Pit" is the area located between two houses on Bonneau Court, and is blocked from view by the multi family homes surrounding it. See attached Exhibit 1, photographs of the

6

alleyway into "the Pit" and area within it.

11. From June 2016 to July 2016, ATF agents (the "UCs")
and cooperating witnesses (the "CWs") made a series of
controlled drug buys from Latin Kings gang members on Bonneau
Court, including **ADORNO, ORTIZ, GARCIA** and Mirrain Colon,
charged in this case.[2] The investigation targeted only those
persons who are documented Kings gang members or persons closely
associated with the gang. The Targets have either admitted to
law enforcement that they are members of the gang or have been
identified by law enforcement agents as being members of the
gang through multiple sources including tattoos and prison
records. The investigation revealed that street-level sales of
crack cocaine occurred within "the Pit," where Latin Kings gang
members line up and wait for drug buyers the arrive, then lead
the buyers into the alleyway, "the Pit" to make the drug deal.
Afterwards, the gang members return to the end of the line and
wait their turn to sell drugs again.

12. In November 2016, as a part of this investigation, ATF

---

[2] Three of the Targets were under court supervision at the time they
committed these crimes. **ADORNO** and **GARCIA** had been released from custody on
bail on pending state cases, while **ORTIZ** was on state court ordered probation
at the time of the commission of the charged offenses. **REYES** completed his
four-year term of supervised release on March 29, 2015 after serving a 60
months term of incarceration following his conviction in this court of
distribution of cocaine base. Colon is being prosecuted in state court.

and the New Bedford Police executed a series of search warrants
at three residences associated with Latin Kings gang member
**REYES.**   Officers seized approximately 240 grams of cocaine; 25
grams of cocaine base also known as "crack;" 80 grams of
fentanyl; packaging material; over $45,000 in cash; a .22
caliber firearm, and hundreds of rounds of various calibers of
ammunition and three high-capacity 9mm magazines. See attached
Exhibit 2, a photograph of the items seized during the searches.

## V.   RECENT LATIN KINGS CRIMINAL ACTIVITY
## IN THE BONNEAU COURT AREA OF NEW BEDFORD

13.   The following are a number of incidents which
highlight the firearm activity, violent crime, and drug
distribution routinely conducted by Latin Kings in and around
New Bedford, and specifically the Bonneau Court area.   ATF
Special Agents and New Bedford detectives have acquired this
information, as well as other background information about gang
operation, from several sources of information.   The information
has also been corroborated by this investigation.   A group of
Latin Kings gang members run a drug distribution operation on
Bonneau Court in New Bedford.   The Latin Kings set "rules of
behavior" for those who wish to perform drug distribution in and
around Bonneau Court.   Additionally, many of the rules are in
place in order to insulate the gang members from police activity

or to ensure weak criminal prosecutions.  These measures include the street-level distribution of smaller quantities of narcotics, and the access to shared firearms that were either stored at a residence of another gang member located nearby, or hidden in common areas accessible to others.

14.  In March 2016, a shooting occurred at Sawyer and Bonneau Court that was related to a firearm dispute between two parties.  The shooter, along with a stolen firearm, were located in the basement of a Latin Kings gang member's residence on Bonneau Court.  An arrest was made on state charges and the case is pending.

15.  In June 2016, I learned of an imminent firearm sale between a drug customer and a Latin Kings gang member on Bonneau Court.  This information was provided to New Bedford Police Department gang unit detectives who subsequently stopped the drug customer and found him to be in possession of a 9mm pistol. An arrest was made on state charges and the case is pending.

16.  In July 2016, Latin Kings gang member admitted to an informant that he had possessed a .25 caliber pistol that had previously been recovered by the New Bedford Police Department. On July 30, 2016, **GARCIA** was observed by an informant hiding a

9

firearm in the Bonneau Court area.  This firearm was never recovered.

17.  In August 2016, I observed a Latin Kings gang member holding a firearm on his snapchat account after an informant brought it to my attention and allowed me to view it and copy the video.

18.  In August 2016, an informant provided law enforcement with the location of a Latin Kings firearm that was hidden.  New Bedford Police Department gang unit subsequently recovered the firearm, a .32 caliber revolver on Nauset Street in New Bedford. No arrests were made.

19.  In August 2016, a drug customer suffered serious life threatening stab wounds in Bonneau Court during an attempted drug robbery.  The victim reported to New Bedford Police that he was stabbed in another city during a robbery.  However, blood evidence was recovered from "the Pit" linking the attack to Bonneau Court.

20.  In September 2016, the New Bedford Police Department executed a search warrant on the residence of Latin Kings gang member, **ADORNO** and seized approximately 10.8 grams of crack cocaine.  Also in September 2016, after an informant provided information regarding a gang member's possession of a firearm.

10

The New Bedford Police Department executed a search warrant on the residence of a Latin Kings gang member. Ammunition and a magazine for a firearm was seized, but no firearm was found. An arrest was made on state charges and the case is pending.

21. In September 2016, the New Bedford Police Department responded to a call for gunshots at the corner of Bonneau Court and Sawyer Street. No arrests were made.

22. In October 2016, New Bedford Police Department gang unit recovered a .25 caliber pistol hidden in the common basement area of a residence on Bonneau Court, which abuts "the Pit". In October 2016, I observed a Latin Kings gang member, whose name I know, holding two firearms via his snapchat video. An informant brought this to my attention and allowed me to view it and to copy the video. In the same video, two other Latin Kings gang members, whose names I know, were observed flashing Latin Kings hand signs.

23. In October 2016, an informant provided information that a Latin Kings gang member, whose name I know, was recently observed with an AR-15 style rifle that was being stored at a residence at Sawyer Street and Bonneau Court. A search warrant was executed but no firearm was recovered.

11

24.   In November 2016, a caller reported that three men were holding firearms at Bonneau Court and Sawyer Street.   The New Bedford Police Department responded and located a group of five men, three of whom were Latin Kings gang members.   No firearms were located.

25.   In November 2016, the ATF interviewed the girlfriend of a Latin Kings gang member, whose name I know, regarding her purchases of four similar handguns in a six week period of time. It was also noted that she had purchased additional firearms in the past.   During the interview, she claimed that six of her eight pistols had been recently stolen, although she never reported the theft to the Police.   Based upon my training and experience, I know that gang members frequently use "straw" purchasers to buy guns for them, including girlfriends.   They use these "straw" purchasers in an effort to shield themselves from law enforcement detection.   She was charged in state court and the case is pending.

26.   In January 2017, Latin Kings gang member Ivan Fontanez was arrested after receiving a USPS package from Puerto Rico that contained one kilogram of cocaine.   This investigation revealed that Fontanez was a drug supplier.   This case is being

12

prosecuted by the Bristol County District Attorney's Office and is pending.

27.   In January 2017, an informant provided information on a Latin Kings firearm that was hidden in Bonneau Court.  The New Bedford Police Department gang unit subsequently recovered a .22 caliber firearm at that location.  In January 2017, New Bedford Police officers from the narcotics unit recovered a .30 - .30 rifle hidden on Bonneau Court.

28.   In January 2017, in an effort to quell the violence in the area, the New Bedford Police Department arrested 19 persons, many for crimes committed in the Bonneau Court area.  The charges ranged from possession with intent to sell fentanyl, cocaine, oxycodone and marijuana to possession of a knife, to fugitive arrests on warrants for various charges.

### VI.   THE RESIDENTS OF BONNEAU COURT SUFFER

29.   The Bonneau Court area suffers from these high incidents of crime.  As the local news has reported:

> People who live and work on Tallman and on its neighboring streets [Bonneau Court area] . . . expressed no surprise at middle-of-the-night gunshots . . . Residents and business owners did not want to be identified in a news article for fear of retaliation, they said. Gangs proliferate despite the best efforts of the police . . . "We're seeing bad people," said one shop owner near Tallman Street.

South Coast Today, October 4, 2016, "'I'm scared': Shooting

*Reveals Neighborhood in Trouble."* The article further described
the area around Tallman Street and North Front Street in New
Bedford as "a part of the city often afflicted by crime and
violence." The president of a community group explained, "'you
name it. We've got it all, drugs, prostitution, shootings,
stabbings, gangs, trash.'"

### VII. THE OPIOID EPIDEMIC AND PUBLIC SAFETY CRISIS

30. The seizure from **REYES** of over 80 grams of a mixture
containing fentanyl, as discussed further below, is symptomatic
of the larger opioid epidemic plaguing this state and this
district. While there is increasing national concern over
opioid-related overdoses, the issue is particularly acute in
Massachusetts. As the Massachusetts Department of Public Health
has stated, "Massachusetts is currently experiencing an epidemic
of opioid-related overdose and death."[3]

31. Since August 2015, the Department of Public Health has
been undertaking a comprehensive study of the opioid epidemic
plaguing the Commonwealth. The numbers, available through
February 2017,[4] are staggering: In 2016, there were 1,979

---

3 MASS. DEP'T. OF PUB. HEALTH, The Massachusetts Opioid Epidemic: A data
visualization of findings from the Chapter 55 report, available at
http://www.mass.gov/chapter55/ (last accessed March 20, 2017).

4 *See generally* MASS. DEP'T. OF PUB. HEALTH, Data Brief: Opioid-related
Overdose Deaths Among Massachusetts Residents, available at

14

opioid-related deaths in Massachusetts.[5] The large number of deaths in 2016 continued a year-over-year trend of increasing opioid-related deaths (2010: 532 deaths; 2011: 613 deaths; 2012: 698 deaths; 2013: 918 deaths; 2014: 1,379 deaths; 2015: 1,751 deaths; 2016: 1,979 deaths).

32. The fact that the drugs seized from **REYES** included a mixture of heroin and fentanyl is especially troubling. Fentanyl is a powerful synthetic opiate that is approximately 50 to 100 times more potent than morphine and 30 to 50 times more potent than heroin.[6] The introduction of fentanyl has greatly exacerbated the opioid crisis. A frequent danger results from drug users unknowingly consuming heroin laced with fentanyl. Because fentanyl is considerably more potent than heroin, it is more likely that a fatal overdose will occur if users are unaware that the drug they are consuming contains fentanyl.[7]

---

http://www.mass.gov/eohhs/docs/dph/stop-addiction/current-statistics/data-brief-overdose-deaths-february-2017.pdf (last accessed March 20, 2017).

5 The data for opioid-related deaths includes estimates pending confirmed results from the Office of the Chief Medical Examiner. Id.

6 Attorney General Maura Healey, Statement on CDC's Fentanyl Advisory, October 27, 2015, http://www.mass.gov/ago/news-and-updates/press-releases/2015/2015-10-27-cdc-fentanyl.html; *see also* NATIONAL INSTITUTE ON DRUG ABUSE, *Fentanyl*, https://www.drugabuse.gov/drugs-abuse/fentanyl (last updated June 2016).

7 *See, e.g.*, Fentanyl blamed for rise in 2016 Massachusetts overdose deaths, August 3, 2016, https://www.statnews.com/2016/08/03/fentanyl-massachusetts/.

Even in the rare cases where addicts know that they may be consuming fentanyl, they may be drawn to this potentially-fatal mix because fentanyl allows them "to spend the least amount of money and get the best kind of high," even though they recognize that consuming fentanyl is like "playing Russian roulette."[8]

33.   The data for Massachusetts makes clear the fatal risk posed by fentanyl.  In 2016, of the estimated 1,979 opioid-related deaths, 1,374 deaths involved cases where a toxicology screen was available.  Out of these 1,374 deaths, 1,031 of them (over 75%) had a positive screen result for fentanyl.[9]

34.   The opioid epidemic is particularly rampant in Southeastern Massachusetts.  A new federal program targeting children of opioid addicts is launching in New Bedford, a hard hit area where "the number of children born with opiates in their bloodstreams is four times the state average."[10]  The community has also recently called for relief, given that New Bedford had a 75% increase in overdoses in 2016.[11]  New Bedford

---

8 Katharine Q. Seelye, *Heroin Epidemic Is Yielding to a Deadlier Cousin: Fentanyl,* THE NEW YORK TIMES, March 25, 2016, http://www.nytimes.com/2016/03/26/us/heroin-fentanyl.html?_r=0

9 MASS. DEP'T. OF PUB. HEALTH, Data Brief, supra.

10 Sacha Pfeiffer, *A New Initiative Targets Children of Opioid Addicts,* THE BOSTON GLOBE, January 15, 2017, http://www.bostonglobe.com/business/2017/01/15/new-head-start-initiative-targets-children-opioid-addicts/iUfZBMPGLHzHn5LBcOZe9N/story.html.

11 NEW BEDFORD GUIDE, *Why Isn't Massachusetts Taking Fentanyl More Seriously?* February 18, 2017, https://www.newbedfordguide.com/why-arent-

residents have pushed legislators for mandatory minimum sentences at the state level for fentanyl, arguing that sentences should be stiffer for fentanyl than heroin. *Id.*

35. Compared to state law, federal law does impose tougher penalties for fentanyl than heroin, with the federal drug thresholds recognizing the increased danger posed by fentanyl. This case, where law enforcement seized a deadly mixture of heroin and fentanyl from **REYES** in New Bedford, is part of the federal response to the ongoing crisis.

## VII. CONCLUSION

36. The Latin Kings are a violent street gang that has as one of their significant operating objectives, the protection of drug trafficking and other illegal activities by its members through violence and intimidation. Each of the Targets in this case is a member of the gang or a significant criminal associate of the gang. The Targets have also demonstrated that they are drug traffickers who share the objectives of the gang. Each should be detained pending trial.

---

elected-leaders-and-judges-in-massachusetts-taking-fentanyl-
seriously/2017/02/18.

Signed under the penalties of perjury this 22 day of
March, 2017.

CHRISTOPHER F. SCOTT
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives